■ In the Matter of DAVID BELL, Appellant, v. ARTHUR LEVITT, as Comptroller of the State of New York, Respondent.— Appeal from a judgment of the Supreme Court at Special Term, entered January 7, 1974 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78. The facts are undisputed and the question to be determined is whether petitioner, a citizen taxpayer, has standing to challenge on constitutional grounds a " budget statute " which provides for payments of certain sums of money to members of the State Assembly " in lieu of expenses " (L. 1973, ch. 600, § 9). Special Term has determined he does not. We agree. Our courts have consistently held that an individual must be personally aggrieved in order to challenge a statute's constitutional validity. We find no basis for petitioner's claim of standing and Special Term, therefore, properly dismissed the petition. (*Matter of Taylor* v. *Sise*, 33 N Y 2d 357; *Hidley* v. *Rockefeller*, 28 N Y 2d 439; *St. Clair* v. *Yonkers Raceway*, 13 N Y 2d 72, cert. den. 375 U. S. 970.) Judgment affirmed, without costs. Staley, Jr., J. P., Sweeney, Kane, Main and Reynolds, JJ., concur.